# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH DEBERGALIS,**

    **Plaintiff,**

-vs-                **Case No. 6:07-cv-913-Orl-19KRS**

**THE GREAT OUTDOORS RV/GOLF
RESORT COMMUNITY SERVICES
ASSOCIATION,**

    **Defendant.**

___

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

  This cause came on for consideration after oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Doc. No. 22)** |
| **FILED:** | **November 28, 2007** |

  **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

  This case was brought under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.* In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages, or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id.* at 1353.

On January 11, 2008, I held a hearing to consider the fairness of the settlement. While the settlement did not result in payment of the full amount originally sought, counsel for Plaintiff Joseph Debergalis represented that there were genuine issues of material fact that caused the plaintiff to lower his demand. Pursuant to the settlement, Debergalis will receive $7,800.00 of the settlement proceeds with the rest being applied to attorney's fees and costs, which is a reasonable distribution of the proceeds. Accordingly, I conclude that the amount to be received by Debergalis is a fair and reasonable resolution of a bona fide dispute under the FLSA.

I therefore respectfully recommend that the Court dismiss the case with prejudice. I also recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 11, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy