**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSEPH DEBERGALIS,

    Plaintiff,

vs.                                                           CASE NO. 6:07-CV-ORL-19

THE GREAT OUTDOORS RV/GOLF
RESORT COMMUNITY SERVICES
ASSOCIATION,

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 29, filed January 11, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 29) is **ADOPTED and AFFIRMED.** The Stipulation for Voluntary Dismissal with Prejudice (Doc. No. 22, filed November 28, 2007) is **GRANTED.** This case is **DISMISSED WITH PREJUDICE,** and the Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this  28th  day of January, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record